**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **MATTHEW JOSEPH SHEPHARD,**<br>　　　　Petitioner,<br>　　v.<br>**W.J. SULLIVAN, Warden,**<br>　　　　Respondent. | No. EDCV 08-0579-ODW (RCF)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: October 17, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE